FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

2008 MAR 17 AM 8:37

MIDDLE DISTRICT OF FLOR
JACKSONVILLE, FLORIDA

UNITED STATES OF AMERICA

v.                                            CASE NO. 3:04-cr-244-J-25TEM

DALE A. BEARDSLEY

## PRELIMINARY ORDER OF FORFEITURE
## FOR SUBSTITUTE ASSETS

This cause comes before the Court upon the filing of the United States' March 11, 2008 Consent Motion and Memorandum for Entry of a Preliminary Order of Forfeiture for Substitute Assets (Dkt. 474) as to the following:

1. Wachovia Bank Check No. 24285, from Account No. 2090003024729, payable to the United States Marshals Service, remitted by Rogers Towers, Attorney's at Law on 10/18/07, in the amount of $205,766.24 representing the defendant's interest in Neptune Beach Medical Center, which was deposited into the U.S. Marshals Service Seized Asset Deposit Fund on 10/26/07 (Dkt. 466); and

2. Wachovia Bank Check No. 24284, from Account No. 2090003024729, payable to the United States Marshals Service, remitted by Rogers Towers, Attorney's at Law on 10/18/07, in the amount of $10,909.35 representing the defendant's interest in the interest earnings on three accounts (Neptune Beach Medical Center, 17th Avenue Apartments, and Serenity Bay), which was deposited into the U.S. Marshals Service Seized Asset Deposit Fund on 10/26/07 (Dkt. 465).

After due consideration, and good cause having been shown, the consent motion (Dkt. 474) is GRANTED. Accordingly, it is hereby

ORDERED and ADJUDGED that, pursuant to the provisions of Rule 32.2(e)(1)(B), Federal Rules of Criminal Procedure, and 21 U.S.C. § 853(p), as

incorporated by 28 U.S.C. § 2461(c), all right, title and interest of the defendant in the above-referenced Wachovia Bank checks is hereby forfeited to the United States for disposition in accordance with the law. It is further

ORDERED that upon adjudication of all third party interests, the Court will enter a Final Order of Forfeiture for Substitute Assets, pursuant to the provisions of Rule 32.2(c), Federal Rules of Criminal Procedure, and 21 U.S.C. § 853(n)(7), as incorporated by 28 U.S.C. § 2461(c). It is further

ORDERED that the above-referenced sum of the above-referenced Wachovia Bank checks will be applied in partial satisfaction of the Personal Money Judgment entered against the defendant. It is further

ORDERED that this Court shall retain jurisdiction in this matter to take additional action and enter further orders as necessary to implement and enforce this forfeiture order.

DONE and ORDERED in Chambers in Jacksonville, Florida, this 14 day of March, 2008.

HENRY LEE ADAMS, JR.
UNITED STATES DISTRICT JUDGE

cc: Counsel of Record